836

No. 18, Misc. GREGORY v. NEVADA. Supreme Court of Nevada. Certiorari denied. *Richard R. Hanna* for petitioner. *Alan Bible,* Attorney General of Nevada, *Geo. P. Annand* and *Robert L. McDonald,* Deputy Attorneys General, for respondent. 

No. 19, Misc. SCHECTMAN v. NEW YORK. County Court of Kings County, New York. Certiorari denied.

No. 20, Misc. MEYER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. 

No. 22, Misc. HANSON v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 24, Misc. DUNCAN v. CRANOR, SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. 

No. 25, Misc. ROBERTS v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 26, Misc. KING v. CRANOR, SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. 

No. 27, Misc. BRAKEFIELD v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *David Diamond* for respondent.

No. 29, Misc. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman* for the United States.